**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**CHRISTIAN L. SIMPSON**
**TO THE BAR OF MARYLAND**

     **\***     **IN THE**

     **\***     **COURT OF APPEALS**

     **\***     **OF MARYLAND**

     **\***     **Misc. Docket AG No. 25**

     **\***     **September Term, 2021**

## ORDER

Upon consideration of the Petition for Reinstatement and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 30th day of August, 2021,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Christian L. Simpson is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Christian L. Simpson upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk